IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WILDERNESS ALTERNATIVE SCHOOL, INC., d/b/a WILDERNESS TREATMENT CENTER, a Montana Corporation; RISING PEAK ACADEMY, LLC, a Montana limited liability company; KRISTA BLAKE; THOMAS BLAKE and C.B.,<br><br>Defendant. | CV 22–98–M–DWM<br><br>ORDER |

Plaintiff Scottsdale Insurance Company and Defendants Wilderness Alternative School, Inc., d/b/a Wilderness Treatment Center and Rising Peak Academy, LLC, (collectively "Business Defendants"), filed a stipulation for dismissal with prejudice based on their agreement that these Defendants have no duty to indemnify or defend under the insurance policies through which Scottsdale was insured. (Doc. 11.) The remaining individual defendants, Krista Blake, Thomas Blake, and C.B., (collectively, "Individual Defendants") have not yet appeared in this case. (*Id.*) Accordingly,

1

IT IS ORDERED that, pursuant to the stipulation for dismissal, (Doc. 11), the case is DISMISSED WITH PREJUDICE against the Business Defendants and DISMISSED WITHOUT PREJUDICE against the Individual Defendants, each party to pay its own costs..

DATED this 25 day of July, 2022.

Donald W. Molloy, District Judge
United States District Court